[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

ORDERED.

Dated: July 12, 2019

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 3:02-bk-02353-JAF
                                                                Chapter 7
Bergen Acceptance Corporation

_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration without a hearing on the Motion for Payment of Unclaimed Funds (Document No. 138) (the "Motion"). The Motion was filed on June 11, 2019, by WD, Inc., d/b/a Reliable homes. Having verified that the sum of $ 3,816.74 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

***ORDERED:***

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States Treasury, for payment of the sum of $ 3,816.74 to:

WD, Inc., d/b/a Reliable Homes
PO Drawer F
Schulenburg, TX 78956

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.

Original to Financial Administrator